In the Matter of WALTER ENNIS, Respondent, v. HARRY E. CROWLEY, as Chairman of the Board of Zoning Appeals, et al., Respondents, and LOUIS WHITE et al., Intervenors-Appellants.— Appeal dismissed on affidavit of withdrawal of intervenors-appellants, White, and consent of attorney for respondent, Ennis, made in open court.

SHIRLEYANN N. YOTT, Respondent, v. LOUIS C. NIRO, JR., Appellant.—

Present — Williams, P. J., Goldman, McClusky and Henry, JJ.

ROY R. NEWCOMB, as Commissioner of Social Welfare of the County of Erie, Appellant, v. SOLOMON FLETCHER, Respondent.—

Present — Williams, P. J., Goldman, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MOSES I. HOWIE, Appellant.—

Present — Williams, P. J., Goldman, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES T. CARTER, Appellant.—

Present — Williams, P. J., Goldman, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSHAWAY JACKSON, Appellant.—

Present — Williams, P. J., Goldman, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMEDIO CIANCI, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.—

Present — Williams, P. J., Goldman, McClusky and Henry, JJ.

In the Matter of JAMES C. DUNN, as Chief of Police of the City of Rome, Respondent, v. L. JAMES COCHIS et al., Appellants.—

Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

FRANKLIN F. ORDWAY, Respondent, v. DELBERT V. WHITE, Defendant, and MURRAY A. DUNHAM et al., Appellants.—

Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.